DOC NO
REC'D/FILED

2013 OCT 30 AM 10: 23

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

→ witnesses
 anga williams
 moriah williams

**United States District Court**
**Western District of Wisconsin**

Malcolm terell Smith, and Siaka Williams
(Full name of plaintiff[s])

Name Number 303096 Booking
(Prisoner I.D. Number)    459004

Case No. 13 C 0756 BBC
(Provided by clerk of court)

Plaintiff(s),

v.

Madison Police Dept's administration
Police Property Superviser.
(Full name of defendant[s])

Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I.  PLACE OF PRESENT CONFINEMENT (Provide full address)**

A.  Is there a grievance procedure in your prison/jail?  YES ☑  NO ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?
    YES ☐    NO ☑

C.  If you have used the grievance process:

    1.  Describe what you did and the result, if any.

    2.  Is the grievance process completed? _____

D.  If you did not use the grievance process, explain why not.
    Because it was not a problem in the Dane County Jail it was down stairs in the Madison Police Property Room and the other Issue is Solved Regarding Medical.

4/07
P\Forms\42USC1983.Complaint

**II.  PARTIES**

A. Your name (Plaintiff) __Malcolm Terell Smith__

B. Prisoner I.D. Number __Name Number 303096 Booking 459604__

C. Your address __115 W. Doty St Madison WI 53703__

(For additional plaintiffs provide the same information in the same format on a separate page.)

D. DEFENDANT (name) _____

is employed as __Personal Property Reiser__

at __Madison Police Personal Property in city hall__

E. Additional DEFENDANTS (names and positions): _____

_____

_____

_____

III. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?   YES ☐   NO ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C. If your answer is YES to either of the above questions, provide the following requested information.

1. Parties to the previous lawsuit

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2. Date filed _____

3. Court where case filed (if federal court, name district; if state court, name the

Complaint Under the Civil Rights Act                                    Page 4

        county) _____

4.     Case number and citation _____

5.     Basic claim made _____
        _____

6.     Current status (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
        _____

7.     If resolved, date of disposition _____

8.     If resolved, state whether for _____
                                      (Plaintiff or Defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV. STATEMENT OF CLAIM

A.     State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

the Fact of the matter is i went down to Pick up my Personal Property about every time i have Been in custody it was about 3 to 4 times and the lady at the window told me and my aunt that its to late we aredy distroyed your things the copy at the widow said also i had 30 Days to Pick it up Prior to my Reise and i can tell you i was there the Day of my Reise Date all 3 or 4 times my aunt is a witness Prior to this isue.

Complaint Under the Civil Rights Act                                           Page 5

**STATEMENT OF CLAIM continued**

Name of witness is Angla Willams relitve aunt other family members there yes two younger cuzenss Moriah willans and Siara willams all there on the date of my reise of 2012 the total amount of my personal property was 500$ worth of my personal valete But I would

Recamend them to pay 1,000$ FoR the Rude way they treat you also these are the things i hade BRAND New android I hope to pay for with my job worth 105$ and taxe also mp3 player worth 65$ and 2 other cell phones worth 200$ and cds and cd player worth 50$.

B. State briefly your legal theory or cite appropriate authority.

Damege to personal propertys and held property agenstep my legal consent and also false information prior to me not showing up after 30 days lies i have 3 witnesses of the dates of Reise Dates angela willans contact her at 1224-310-8002 Home 608-661-5126 adress 1833 vahlen St madison wi 53704

## V. RELIEF YOU REQUEST

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about.

I would Like a Full Payed amount of 15000 For the False information given to me and Damge to my Belongings when I still had the Right to claim my Property also they might of sold it so thats Basicly Forgery with out Consent also iD Like there apolgy For Being Rude to me and 2 witnesses and i need an officer to investigate to check my Reuse Date and time they tryed to pick up my Belongings.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___ day of _____, 20___.

None Prisoners witnesses angla willams Moriah willams and Siara willams

Signature of Plaintiff(s)

Malcolm Smith

Malcolm Smith

(If there are multiple plaintiffs, each must sign the complaint)

Prisoner I.D. Number(s)

303096